HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Laura Myers, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EVAN S. BARTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN S. BARTON,<br><br>Defendants. | Case No. 1:23-po-00117-SAB<br><br>**MOTION AND ORDER APPOINTING COUNSEL**<br><br>18 U.S.C. § 3006A(c) |

The Federal Defender – California Eastern hereby moves to appoint the Federal Defender, case assigned to Assistant Federal Defender Laura Myers, as counsel for Defendant Evan S. Barton, pursuant to U.S. CONST., amend VI, 18 U.S.C. § 3006A, EDCA General Order 582 (Criminal Justice Act [CJA] Plan), and *Guide to Judiciary Policy*, Vol.7, Part A, Chap.2. § 210.20 subsections.

On June 30, 2023, law enforcement cited Mr. Barton for disorderly conduct, in violation of 36 C.F.R. § 2.34(a)(1).  Mr. Barton contacted our office seeking counsel in advance to facilitate his appearance on September 28, 2023.

Under the Criminal Justice Act, a person is eligible for court appointed counsel if, after the United States magistrate judge or court conducts an "appropriate inquiry," the court is satisfied that "the person is financially unable to obtain counsel." 18 U.S.C. § 3006A(b).

Mr. Barton provided the Federal Defender a signed and completed *Financial Affidavit* as evidence of his inability to retain counsel. After reviewing the *Financial Affidavit*, the Federal Defender believes Mr. Barton cannot afford to retain counsel to advise him in this matter.

The Federal Defender respectfully recommends this Court promptly appoint the Federal Defender, case assigned to Assistant Federal Defender Laura Myers, as counsel pursuant to the law and policies cited above.

Date: September 15, 2023         */s/ Laura Myers*
                                 LAURA MYERS
                                 Assistant Federal Defender

# O R D E R

Upon the Federal Defender's *Motion to Appoint Counsel* for Defendant Evan S. Barton, and good cause appearing both in (a) Mr. Barton's inability to afford to hire counsel and (b) this being a situation for which appointment should be made pursuant to U.S. CONST., amend VI, 18 U.S.C. § 3006A, EDCA General Order 582 (Criminal Justice Act [CJA] Plan), and *Guide to Judiciary Policy*, Vol.7, Part A, Chap.2. § 210.20 subsections,

IT IS HEREBY ORDERED appointing the Federal Defender, case assigned to Assistant Federal Defender Laura Myers, as counsel for Mr. Barton in this matter.

IT IS SO ORDERED.

Dated:  **September 18, 2023**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE